UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*******************************

JOSEPH M. CAMERON

               Plaintiff,

v.

UNITED STATES OF AMERICA
               Defendant.

*******************************

Civil Action No.
5:06-CV-0885 (TJM/DEP)

**STIPULATION
AND
O R D E R
OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective undersigned attorneys, that the above-captioned civil action be and hereby is DISMISSED, with prejudice and without costs, pursuant to Fed. R. Civ. P. 41 (a)(1).

*For the Plaintiff, Joseph M. Cameron:*

BIRNBAUM LAW FIRM, PLLC
316 South Clinton Street
Syracuse, New York 13202
315 - 471 - 2151

Irwin Birnbaum, Esq.
Bar Roll # 506040

*For the Defendant, United States of America:*

GLENN T. SUDDABY
United States Attorney
Northern District of New York
P.O. Box 7198
100 South Clinton Street
Syracuse, New York 13261-7198

By: Paula Ryan Conan, Bar Roll#102506
Assistant U.S. Attorney

**APPROVED AND SO ORDERED** this 25th day of October, 2007.

David E. Peebles
United States Magistrate Judge